WILLIAM W. MANLOVE, Oregon State Bar ID Number 89160
Deputy City Attorney
bmanlove@ci.portland.or.us
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendants Passadore, DeLong, Krantz,
  Young and the City of Portland



# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **GEORGE CHAVEZ** and **MARTHA CHAVEZ,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**ANTHONY V. PASSADORE, MARK S. DELONG, MICHAEL J. KRANTZ, JOSEPH D. YOUNG** and the **CITY OF PORTLAND,**<br><br>DEFENDANTS. | CV'06-380 JO<br><br><br><br>STIPULATION OF DISMISSAL AS TO DEFENDANTS PASSADORE, DELONG, KRANTZ AND YOUNG |

Pursuant to and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendants Anthony V. Passadore, Mark S. DeLong, Michael J. Krantz and Joseph D. Young hereby stipulate that plaintiffs' Complaint has been fully compromised and released. Therefore, plaintiffs hereby dismiss their Complaint against defendants Anthony V. Passadore, Mark S. DeLong, Michael J. Krantz and Joseph D. Young only in the above-captioned matter.

Page 1  –   STIPULATION OF DISMISSAL AS TO DEFENDANTS PASSADORE, DELONG, KRANTZ AND YOUNG

All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

IT IS SO STIPULATED:

_____  DATE: 7-31-06
Michael S. Schumann, OSB #74288
Of Attorneys for Plaintiffs

_____  DATE: July 28, 2006
William W. Manlove, OSB #89160
Of Attorneys for Defendants City of Portland,
Anthony V. Passadore, Mark S. DeLong,
Michael J. Krantz, and Joseph D. Young

Page 2 –  STIPULATION OF DISMISSAL AS TO DEFENDANTS PASSADORE, DELONG, KRANTZ AND YOUNG

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANTS PASSADORE, DELONG, KRANTZ AND YOUNG on:

> MIKE SCHUMANN
> MICHAEL E. ROSE
> STEENSON, SCHUMANN, ET AL
> 815 SW SECOND AVENUE, #500
> PORTLAND OR 97204
> *Attorney for Plaintiffs*

on July 28, 2006, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☒ by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☐ by **email** pursuant to LR 5.2(b).

☐ by **facsimile transmission.**

WILLIAM W. MANLOVE
OSB #89160
Telephone: (503) 823-4047
Deputy City Attorney
Of Attorneys for Defendants Passadore,
DeLong, Krantz, Young and the City of Portland

Page 1 – CERTIFICATE OF SERVICE