WILLIAM W. MANLOVE, Oregon State Bar ID Number 89160
Deputy City Attorney
bmanlove@ci.portland.or.us
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendants Passadore, DeLong, Krantz,
  Young and the City of Portland



# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **GEORGE CHAVEZ** and **MARTHA CHAVEZ,** | **CV'06-380 JO** |
| PLAINTIFFS, | |
| v. | OFFER OF JUDGMENT |
| **ANTHONY V. PASSADORE, MARK S. DELONG, MICHAEL J. KRANTZ, JOSEPH D. YOUNG** and the **CITY OF PORTLAND,** | |
| DEFENDANTS. | |

TO:  Plaintiffs George Chavez and Martha Chavez, and their attorney, Michael Schumann, Steenson, Schumann, Tewksbury, Creighton & Rose, PC, 815 SW 2nd Avenue, Suite 500, Portland, OR 97204

Pursuant to Fed. R. Civ. P. 68, defendant City of Portland hereby offers to allow judgment in the above-captioned matter to be taken against it by plaintiffs for the lump sum total of Sixteen Thousand Five Hundred Sixty-Five Dollars and 00/100 ($16,565.00), inclusive of all attorney fees and costs.

Page 1 –   OFFER OF JUDGMENT

This Offer of Judgment is made for the purposes specified in Rule 68, Federal Rules of Civil Procedure, and is not to be construed either as an admission that defendant City of Portland is liable in this action, or that plaintiffs have suffered damage. This Offer of Judgment shall not be filed with the Court unless accepted.

DATED this _1ST_ day of August, 2006.

Respectfully submitted,

WILLIAM W. MANLOVE
OSB #89160
Telephone: (503) 823-4047
Deputy City Attorney
Of Attorneys for Defendants Passadore,
DeLong, Krantz, Young and the City of Portland

THIS OFFER OF JUDGMENT IS ACCEPTED.

Date: _8-2-06_

MICHAEL SCHUMANN
Attorney for Plaintiff

Page 2 –   OFFER OF JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing OFFER OF JUDGMENT on:

> MIKE SCHUMANN
> MICHAEL E. ROSE
> STEENSON, SCHUMANN, ET AL
> 815 SW SECOND AVENUE, #500
> PORTLAND OR 97204
> *Attorney for Plaintiffs*

on August 1, 2006, by causing a full, true and correct copy thereof, addressed to the last-known

address (or fax number) of said attorney, to be sent by the following method(s):

☒ by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☐ by **email** pursuant to LR 5.2(b).

☐ by **facsimile transmission.**

WILLIAM W. MANLOVE
OSB #89160
Telephone: (503) 823-4047
Deputy City Attorney
Of Attorneys for Defendants Passadore,
DeLong, Krantz, Young and the City of Portland

Page 1 – CERTIFICATE OF SERVICE