UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GEORGE CHAVEZ and MARTHA CHAVEZ,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF PORTLAND,<br><br>DEFENDANT. | CV'06-280 JO<br><br><br><br>JUDGMENT |

Based on Defendant City of Portland's Offer of Judgment, which was accepted by the Court,

IT IS HEREBY ORDERED AND ADJUDGED that defendant City of Portland allowed judgment in the above-captioned matter to be taken against it by plaintiffs for the lump sum of Sixteen Thousand Five Hundred and Sixty-Five Dollars and 00/100 ($16,565.00), inclusive of all attorney fees and costs.

The Offer of Judgment was made for purposes specified in Rule 68, Federal Rules of Civil Procedure, and is not to be construed either as an admission that defendant City of Portland is liable in this action, or that plaintiffs have suffered damage.

DATED this ___ day of August, 2006.

                                           HON. ROBERT E. JONES
                                           United States District Judge